```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

MELVIN TAYLOR,                      *

      Plaintiff,               *

vs.                                 *
                                       CASE NO. 3:11-CV-87 (CDL)
C. THOMPSON, R.N.,                  *

      Defendant.               *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Order and Recommendation filed by the United States Magistrate Judge on September 14, 2011, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 17th day of November, 2011.

                                                    s/Clay D. Land
                                                    CLAY D. LAND
                                                    UNITED STATES DISTRICT JUDGE