```
          IN THE UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF GEORGIA
                   ATHENS DIVISION
```

MELVIN TAYLOR,                    *

      Plaintiff,              *

vs.                               *
                                        CASE NO. 3:11-CV-87 (CDL)

CATHY THOMPSON, R.N.,             *

      Defendant.              *

## ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on July 24, 2012, is hereby approved, adopted, and made the Order of the Court.

The objection of the Plaintiff has been considered and is found to be without merit.

IT IS SO ORDERED, this 9th day of August, 2012.

                                                s/Clay D. Land  
                                                CLAY D. LAND  
                                                UNITED STATES DISTRICT JUDGE